**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TODD WHITACRE                                                                        PLAINTIFF

V.                                          NO. 3:06CV00002-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and

Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is

dismissed with prejudice.

IT IS SO ORDERED.

DATED this 20th  day of December, 2006.


_____
UNITED STATES MAGISTRATE JUDGE